1  JOSEPH P. RUSSONIELLO, CSBN 44332
   United States Attorney
2  JOANN M. SWANSON, CSBN 88143
   Assistant United States Attorney
3  Chief, Civil Division
   EDWARD OLSEN, CSBN 214150
4  Assistant United States Attorney

5    450 Golden Gate Avenue, Box 36055
     San Francisco, California 94102
6    Telephone: (415) 436-6915
     FAX: (415) 436-6927
7

8  Attorneys for Defendants

9
                        UNITED STATES DISTRICT COURT
10
                       NORTHERN DISTRICT OF CALIFORNIA
11
                                OAKLAND DIVISION
12
   SANTOSH LAMA,                           )
13                                         )  No. C 08-2635WDB
                   Plaintiff,              )
14                                         )
           v.                              )  **STIPULATION TO EXTEND DATE OF**
15                                         )  **CASE MANAGEMENT CONFERENCE;**
   ROBERT MUELLER, III, Director, Federal  )  **AND [PROPOSED] ORDER**
16 Bureau of Investigation; JONATHAN       )
   SCHARFEN, Acting Director, U.S. Citizenship )
17 and Immigration Services (USCIS); MICHAEL )
   CHERTOFF, Secretary, Department of      )
18 Homeland Security; MICHAEL MUKASEY,     )
   Attorney General, Department of Justice; TERRY )
19 RICE, San Francisco Field Office Director, )
   USCIS; EMILIA BARDINI, Director, Asylum )
20 Office, San Francisco,                  )
                                           )
21                 Defendants.             )
                                           )
22

23      The Plaintiff, by and through his attorney of record, and Defendants by and through their

24 attorneys of record, hereby stipulate, subject to the approval of the Court, to the following:

25      1.  Plaintiff filed this action on or about May 27, 2008.  The United States Attorney's Office

26 was not served until August 11, 2008.

27      2.  Pursuant to this Court's May 27, 2008, Order Setting the Case Management Conference,

28 the parties are required to file a joint case management statement on August 27, 2008, and attend a

Stipulation to Extend Dates
C08-2635 WDB                                 1

1  case management conference on September 3, 2008.

2     3.  In order to allow sufficient time for Defendants to consider an alternative resolution to this

3  case and/or Answer and prepare a joint case management statement, the parties hereby respectfully

4  ask this Court to extend the dates in the Court's scheduling order as follows:

5    Last day to file Defendants' Answer:                          October 10, 2008

6    Last day to file Joint ADR Certification:                        October 15, 2008

7    Last day to file/serve Joint Case Management Statement:      October 29, 2008

8    Case Management Conference:                               November 6, 2008 at 4:00 p.m.

9  Date: September 2, 2008                    Respectfully submitted,

10                                             JOSEPH P. RUSSONIELLO
                                            United States Attorney

11

12                                             _____/s/_____
                                            EDWARD A. OLSEN

13                                             Assistant United States Attorney
                                            Attorneys for Defendants

14

15

16 Date: September 3, 2008           _____/s/_____
                                            BEN LOVEMAN
                                            Attorney for Plaintiff

17

18                                     **ORDER**

19     Pursuant to stipulation, IT IS SO ORDERED.

20 Date:  September 4, 2008          _____

21                                             WAYNE D. BRAZIL
                                            United States Magistrate Judge

22

23

24

25

26

27

28